UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-157-1BO(1)



FILED IN OPEN COURT
ON 5-8-2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC
JAA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO SEAL INDICTMENT |
| ) | |
| TREMAYNE S. GOSS ) | |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on May 8th, 2012, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the 8th day of ~~April~~ May, 2012. SRE TH

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate